TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00820-CV






Jonathan Rangel, Appellant


v.


Texas Department of Family and Protective Services, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. D-1-FM-09-001910, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING





M E M O R A N D U M O P I N I O N

 

 

 Appellant Jonathan Rangel filed a motion requesting that this appeal be dismissed. 
See Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

 


__________________________________________ Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's MotionFiled: March 17, 2011